**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **FRANCISCO ADALI REYES GUEVARA,** | ) | |
| **Petitioner,** | ) | |
| v. | ) | **Case No. CIV-26-954-G** |
| **FRED FIGUEROA, Warden, Diamondback Correctional Facility, et al.,** | ) | |
| **Respondents.** | ) | |

# ORDER

On April 29, 2026, Petitioner Francisco Adali Reyes Guevara, appearing through counsel, filed a Petition for Writ of Habeas Corpus ("Petition," Doc. No. 1) challenging his detention by U.S. Immigration and Customs Enforcement ("ICE") pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda L. Maxfield for preliminary review. Certain Respondents filed an Answer (Doc. No. 9),[1] and Petitioner filed a Reply (Doc. No. 10).

On June 23, 2026, Judge Maxfield issued a Report and Recommendation (Doc. No. 15), recommending that the Petition be dismissed as moot because Petitioner is no longer in ICE custody. In the Report and Recommendation, Judge Maxfield advised the parties of their right to object to the Report and Recommendation by June 30, 2026. Judge

---

[1] Respondent Figueroa has not appeared in this action. The appearing respondents are: Enrique Lucero, Field Office Director, ICE Dallas Field Office; Markwayne Mullin, Secretary of the U.S. Department of Homeland Security; and Todd Blanche, Acting Attorney General of the United States.

Maxfield also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, no party has submitted an objection to the Report and Recommendation, sought leave for additional time to do so, or otherwise been in contact with the Court.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 15) is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 4th day of August, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge